**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

No. 03-1846

UNITED STATES,
Plaintiff, Appellee,

v.

WILLIAM A. AIVALIKLES,
Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Joseph A. DiClerico, U.S. District Judge]

Before

Lynch, Lipez and Howard, Circuit Judges.

William Aivalikles on brief pro se.
Karen G. Gregory, Attorney, Tax Division, Department of Justice, David English Carmack, Attorney, Tax Division, Department of Justice, and Eileen J. O'Connor, Assistant Attorney General, on brief for appellee.

February 24, 2004

**Per Curiam**.  William Aivalikles, an attorney acting pro se, appeals the district court's grant of summary judgment in favor of the government in this tax deficiency case brought under 26 U.S.C. §§ 7401-7403.  In response to the government's motion, which was supported with certified assessments for the tax years in question, appellant offered only an affidavit containing unspecific and unsubstantiated assertions that the assessments overstated the amount of unpaid tax, which he certified as "true to the best of [his] knowledge and belief."  The district court properly found the affidavit insufficient to demonstrate any triable issue with regard to the correctness of the tax deficiency assessments.  See Perez v. Volvo Car Corp., 247 F.3d 303, 318 (1st Cir. 2001); Cadle Co. v. Hayes, 116 F.3d 957, 960-61 (1st Cir. 1997).

Affirmed.  See 1st Cir. R. 27(c).